UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

09/14/16

IN RE:
Thomas Daubert
Case #: 1:16-00946-RNO

REQUEST FOR NOTICE PURSUANT TO
BANKRUPTCY RULE 2002(g)

This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under the Bankruptcy Rule 2002 at the address below.

The address to which all notices should be sent:

US Department of Education C/O Nelnet
121 South 13th St, Suite 201
Lincoln, NE 68508

Sincerely,

/s/ David Kim
Bankruptcy Processor