```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 16-00946-RNO
Tracy L. Daubert                                                Chapter 13
Thomas E Daubert, Jr.
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRadginsk            Page 1 of 1         Date Rcvd: Nov 28, 2016
                             Form ID: ntcltrdb         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.
4771695        +Internal Revenue Service,    Special Procedures Staff,    600 Arch Street,    P.O. Box 1205,
                 Philadelphia, Pennsylvania 19105-1205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/Text: cio.bncmail@irs.gov Nov 28 2016 18:51:58      Internal Revenue Service,
               PO Box 219236, Stop P-4 5050,    Kansas City, MO   64121
                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:
              Chad J. Julius    on behalf of Joint Debtor Thomas E Daubert, Jr. cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Chad J. Julius    on behalf of Debtor Tracy L. Daubert cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Tracy L. Daubert<br>Thomas E Daubert Jr.<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:16−bk−00946−RNO |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#24) has been filed by the Debtor on behalf of Internal Revenue Service in the amount of $2990.33.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRadginsk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 28, 2016 |