```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-00946-RNO
Tracy L. Daubert                                                    Chapter 13
Thomas E Daubert, Jr.
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 1              Date Rcvd: Jan 27, 2017
                              Form ID: ntcltrdb          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4771683       +E-mail/Text: cheryl.atkins@lansingmi.gov Jan 27 2017 19:04:33      City of Lansing,
                 PO Box 40712,    Lansing , MI 48901-7912
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:
              Chad J. Julius    on behalf of Joint Debtor Thomas E Daubert, Jr. cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Chad J. Julius    on behalf of Debtor Tracy L. Daubert cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JP Morgan Chase Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    JP Morgan Chase Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Tracy L. Daubert<br>Thomas E Daubert Jr.<br><br>Debtor(s) | Chapter 13<br><br>Case No. 1:16−bk−00946−RNO |

## **Notice**

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#25) has been filed by the Debtor on behalf of City of Lansing in the amount of $2051.39.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: DDunbar |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 27, 2017 |