```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

```
In re:                                                  Case No. 16-00946-HWV
Tracy L. Daubert                                        Chapter 13
Thomas E Daubert, Jr.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: REshelman        Page 1 of 1          Date Rcvd: Jun 21, 2019
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
4831636          +JPMorgan Chase Bank, N.A.,   Chase Records Center,   Attn: Correspondence Mail,
                  Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 1 Tracy L. Daubert cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Chad J. Julius    on behalf of Debtor 2 Thomas E Daubert, Jr. cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   JP Morgan Chase Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor   JP Morgan Chase Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-00946-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Tracy L. Daubert
433 Fried Drive
Dauphin Pa 17018

Thomas E Daubert, Jr.
433 Fried Drive
Dauphin Pa 17018

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/20/2019.

Name and Address of Alleged Transferor(s):

Claim No. 23: JPMorgan Chase Bank, N.A., Chase Records Center, Attn:
Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

MidFirst Bank
Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077
MidFirst Bank
Bankruptcy Department

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/23/19

Terrence S. Miller
**CLERK OF THE COURT**