

7/3/2020

U S Bankruptcy Court
Attn: Claims Clerk
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: Tracy & Thomas Daubert
    PSECU Acct. No.XXXXXX5282-L19
    Case No. 16-00946

Dear Clerk:

Please withdraw Proof of Claim #4 filed on 4/26/2016 in the amount of $5,562.65.

The enclosed check is a return of funds you have sent to PSECU since January 1, 2020. PSECU believes you intended these funds to be applied to a Vehicle loan L19, but PSECU is accepting no further payments on this loan and the remaining balance has been forgiven as part of a legal settlement in class action litigation involving this loan.

If you have any questions, please contact me at **800.237.7328, extension 3115**.

Sincerely,

Sean Poff
PSECU

©PSECU 55132CL 0620

P.O. BOX 67013, HARRISBURG, PA 17106-7013    800.237.7328 • PSECU.COM

THIS CREDIT UNION IS FEDERALLY INSURED BY THE NATIONAL CREDIT UNION ADMINISTRATION. EQUAL OPPORTUNITY LENDER.

Case 1:16-bk-00946-HWV    Doc 79    Filed 07/06/20    Entered 07/07/20 13:42:08    Desc
Main Document    Page 1 of 1