

FILED
HARRISBURG, PA

2020 AUG 18 PM 12:08    8/13/2020

CLERK U.S. BANKRUPTCY COURT

U S Bankruptcy Court
Attn: Claims Clerk
228 Walnut Street, Room 320
Harrisburg, PA 17101


Re: Tracy & Thomas Daubert
    PSECU Acct. No. XXXXXX5282-L19
    Case No. 16-00946


Dear Clerk:

Please withdraw Proof of Claim #4 filed on 04/26/2016 in the amount of $5,562.65 as the remaining balance has been forgiven as part of a legal settlement in class action litigation involving the Vehicle loan ID L19.

If you have any questions, please contact me at **800.237.7328, extension 3115**.

Sincerely,

Scott Smith
PSECU

©PSECU 21237332 0820

P.O. BOX 67013, HARRISBURG, PA 17106-7013    800.237.7328 • PSECU.COM

THIS CREDIT UNION IS FEDERALLY INSURED BY THE NATIONAL CREDIT UNION ADMINISTRATION. EQUAL OPPORTUNITY LENDER.