Certificate Number: 15317-PAM-DE-035790265

Bankruptcy Case Number: 16-00946


15317-PAM-DE-035790265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 27, 2021, at 5:11 o'clock AM PDT, Tracy L Daubert completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 27, 2021   By: /s/Janice Morla

Name: Janice Morla

Title: Counselor