Certificate Number: 15317-PAM-DE-035790264

Bankruptcy Case Number: 16-00946


15317-PAM-DE-035790264

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>June 27, 2021</u>, at <u>5:11</u> o'clock <u>AM PDT</u>, <u>Thomas E Daubert</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>June 27, 2021</u>              By:   <u>/s/Janice Morla</u>

                                        Name:  <u>Janice Morla</u>

                                        Title:  <u>Counselor</u>