In re:  Case No. 16-00946-HWV
Tracy L. Daubert  Chapter 13
Thomas E Daubert, Jr.
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Oct 19, 2021 | Form ID: 3180W | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tracy L. Daubert, Thomas E Daubert, Jr., 433 Fried Drive, Dauphin, Pa 17018-9616 |
| 4771677 | + | AP Account Services, LLC, 9311 San Pedro Ave., #600, San Antonio, Texas 78216-4459 |
| 4771676 | + | Advanced Call Center Technologies, LLC, PO Box 9091, Gray, Tennessee 37615-9091 |
| 4771678 | + | Arlington Group, 805 Sir Thomas Court, Harrisburg, Pennsylvania 17109-4839 |
| 4771680 | + | Bureau of Account Management, 3607 Rosemont Ave., Camp Hill, Pennsylvania 17011-6904 |
| 4771681 | + | Bureau of Account Mgmt, 3607 rosemont Ave., Camp Hill, Pennsylvania 17011-6904 |
| 4771691 | | Computer Credit Inc, PO Box 5238, Winston-Salem, North Carolina 27113-5238 |
| 4771692 | + | Eden Glen, c/o Buckthorne, Inc. Management services, PO Box 345, Mason, MI 48854-0345 |
| 4771694 | + | Francis X. Brescia, Jr. DO, PO Box 11009, Olympia, WA 98508-1009 |
| 4911678 | + | Ingham County Treasurer, PO Box 215, Mason, MI 48854-0215 |
| 4771697 | + | Larry D. Punch, 320 Erdman Drive, Dauphin, PA 17018-9360 |
| 4828214 | + | Linda Leffler, 1935 Center St, Lebanon, PA 17042-4492 |
| 4828215 | + | Linda Punch, 12 Calabash Lakes Blvd, Carolina Shores, NC 28467-2392 |
| 4771699 | + | Med Health Serivces, PO Box 747, Lima, OH 45802-0747 |
| 4771701 | + | Northwest Consumer Discount, PO Box 985, Camp Hill, Pennsylvania 17001-0985 |
| 4780168 | + | Northwest Consumer Discount Company, 3401 Hartzdale Dr Suite 130, Camp Hill, PA 17011-7238 |
| 4771708 | + | PPL Electric Utilities, 2 North 9th St., Allentown, Pennsylvania 18101-1179 |
| 4771703 | | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, Pennsylvania 15264-3291 |
| 4771705 | + | Pinnacle Health Emergency, PO Box 8700, Harrisburg, Pennsylvania 17105-8700 |
| 4771706 | | Pinnacle Health Hospitals, PO Box 2352, Harrisburg, Pennsylvania 17105-2353 |
| 4771707 | | Pinnacle Health Hospitals, PO Box 2353, Harrisburg, Pennsylvania 17105-2353 |
| 4828216 | + | Postmark Credit Union, 2630 Linglestown Rd, Harrisburg, Pa 17110-3666 |
| 4771712 | + | Southwest Rewards, Cardmember Service, PO Box 15153, Wilmington , Delaware 19886-5153 |
| 4828213 | + | Southwest Rewards/Chase, Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 4771717 | + | Tristan Associates, 4520 Union Deposit road, Harrisburg, Pennsylvania 17111-2910 |
| 4771722 | | USPS Disbursing Office Accounting Servic, 2825 Lone Oak Parkway, Eagan, MN 55121-9640 |
| 4771720 | + | United Collection Bureau, 5620 Southwyck Blvd. Ste 206, Toledo, Ohio 43614-1501 |
| 4771721 | + | United Water Pennsylvania, 8189 Adams Drive, Hummelstown, Pennsylvania 17036-8036 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: electronicbkydocs@nelnet.net | Oct 19 2021 18:46:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 4771679 | + | Email/Text: collections@lbwl.com | Oct 19 2021 18:46:00 | Board of Water & Light, PO Box 13007, Lansing, MI 48901-3007 |
| 4812704 | | EDI: BL-BECKET.COM | Oct 19 2021 22:43:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4771683 | + | Email/Text: sarah.sanford@lansingmi.gov | Oct 19 2021 18:46:00 | City of Lansing, PO Box 40712, Lansing , MI 48901-7912 |
| 4771684 | + | Email/Text: sarah.sanford@lansingmi.gov | Oct 19 2021 18:46:00 | City of Lansing, PO Box 40712, Lansing , |

| | | | |
|---|---|---|---|
| | | | Michigan 48901-7912 |
| 4771685 | + EDI: COMCASTCBLCENT | Oct 19 2021 22:43:00 | Comcast, PO Box 3006, Southeastern, Pennsylvania 19398-3006 |
| 4771686 | + EDI: WFNNB.COM | Oct 19 2021 22:43:00 | Comenity Bank, Bankruptcy Dept., PO Box 182125, Columbus, Ohio 43218-2125 |
| 4771687 | + EDI: WFNNB.COM | Oct 19 2021 22:43:00 | Comenity Bank/Jessica London (Bankruptcy, Bankruptcy Dept., PO Box 182125, Columbus, Ohio 43218-2125 |
| 4771688 | + EDI: WFNNB.COM | Oct 19 2021 22:43:00 | Comenity Bank/King Size, PO Box 182125, Columbus, Ohio 43218-2125 |
| 4771689 | + EDI: WFNNB.COM | Oct 19 2021 22:43:00 | Comenity Bank/Roamans, Bankruptcy Dept., PO Box 182125, Columbus, Ohio 43218-2125 |
| 4771690 | EDI: WFNNB.COM | Oct 19 2021 22:43:00 | Comenity Bank/Woman Within (PO Box 18212, PO Box 182125, Columbus, Ohio 43218-2125 |
| 4771693 | + EDI: USBANKARS.COM | Oct 19 2021 22:43:00 | Elan Cardmember Service, PO Box 6354, Fargo, North Dakota 58125-6354 |
| 4771695 | EDI: IRS.COM | Oct 19 2021 22:43:00 | Internal Revenue Service, Special Procedures Staff, 600 Arch Street, P.O. Box 1205, Philadelphia, Pennsylvania 19105 |
| 4771682 | EDI: JPMORGANCHASE | Oct 19 2021 22:43:00 | Chase Home Finance LLC, PO Box 24696, Columbus, Ohio 43224 |
| 4831636 | EDI: JPMORGANCHASE | Oct 19 2021 22:43:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4771696 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2021 18:46:00 | Kohl's, PO Box 3043, Milwaukee, Wisconsin 53201-3043 |
| 4803419 | + EDI: MID8.COM | Oct 19 2021 22:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4771698 | + Email/Text: processing@keybridgemed.com | Oct 19 2021 18:46:00 | Med Haelth Services Management, c/o Key Bridge Medical Revenue Care, PO Box 1568, Lima, OH 45802-1568 |
| 5213056 | + EDI: AISMIDFIRST | Oct 19 2021 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5213055 | + EDI: AISMIDFIRST | Oct 19 2021 22:43:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 4771700 | + EDI: NAVIENTFKASMSERV.COM | Oct 19 2021 22:43:00 | Navient, PO Box 9500, Wilkes Barre, Pennsylvania 18773-9500 |
| 4807167 | EDI: NAVIENTFKASMSERV.COM | Oct 19 2021 22:43:00 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4815849 | EDI: PRA.COM | Oct 19 2021 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4771709 | + Email/Text: bankruptcynotices@psecu.com | Oct 19 2021 18:46:00 | PSECU, PO Box 67013, Harrisburg, Pennsylvania 17106-7013 |
| 4807700 | EDI: Q3G.COM | Oct 19 2021 22:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4795118 | EDI: Q3G.COM | Oct 19 2021 22:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4764790 | EDI: RECOVERYCORP.COM | Oct 19 2021 22:43:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 33131-1605 |
| 4771713 | + | EDI: RMSC.COM | Oct 19 2021 22:43:00 | SYNCB/AEO, Attn: Bankruptcy Dept., PO Box 965060, Orlando, Florida 32896-5060 |
| 4771714 | + | EDI: RMSC.COM | Oct 19 2021 22:43:00 | SYNCB/Lowe's, Attn: Bankruptcy Dept., PO Box 965060, Orlando, Florida 32896-5060 |
| 4771716 | | EDI: TFSR.COM | Oct 19 2021 22:43:00 | Toyota Motor Credit Corp., 5005 N. River Blvd NE, Cedar Rapids, Iowa 52411 |
| 4830593 | | EDI: BL-TOYOTA.COM | Oct 19 2021 22:43:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4833111 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 19 2021 18:46:00 | U.S. Department of Education C/O Nelnet, 121 South 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 4771719 | | Email/Text: bkrcy@ugi.com | Oct 19 2021 18:46:00 | UGI Utilities, PO Box 15523, Wilmington, Delaware 19886 |
| 4771723 | + | EDI: WFFC.COM | Oct 19 2021 22:43:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, Iowa 50306-0347 |
| 4814103 | + | EDI: WFFC.COM | Oct 19 2021 22:43:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO BOX 3001, Malvern, PA 19355-0701 |
| 4771702 | *+ | Northwest Consumer Discount, PO Box 985, Camp Hill, Pennsylvania 17001-0985 |
| 4771710 | *+ | PSECU, PO Box 67013, Harrisburg, Pennsylvania 17106-7013 |
| 4771711 | *+ | PSECU, PO Box 67013, Harrisburg, Pennsylvania 17106-7013 |
| 4771704 | *+ | Penn State Hershey Medical Center, PO Box 643291, Pittsburgh, Pennsylvania 15264-3291 |
| 4771715 | *+ | Thomas E. Daubert, Jr., 433 Fried Drive, Dauphin, PA 17018-9616 |
| 4771718 | *+ | Tristan Associates, 4520 Union Deposit Road, Harrisburg, Pennsylvania 17111-2910 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Tracy L. Daubert cjulius@ljacobsonlaw.com |

egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Chad J. Julius
on behalf of Debtor 2 Thomas E Daubert Jr. cjulius@ljacobsonlaw.com, egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

Janet M. Spears
on behalf of Creditor MIDFIRST BANK bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com

Joshua I Goldman
on behalf of Creditor JP Morgan Chase Bank josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

Recovery Management Systems Corporation
claims@recoverycorp.com

Thomas I Puleo
on behalf of Creditor JP Morgan Chase Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Tracy L. Daubert <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0403 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Thomas E Daubert Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2292 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–00946–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tracy L. Daubert            Thomas E Daubert Jr.

**By the court:**   /s/ Henry W. Van Eck

10/19/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**